

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

MELVIN TRAYLOR          §
                        §
        Petitioner,     §
                        §
VS.                     §          NO. 3-05-CV-2333-P
                        §
UNITED STATES OF AMERICA §
                        §
        Respondent.     §

## ORDER

After conducting a review of the pleadings, files and records in this case, and the Findings and Recommendation of the United States Magistrate Judge in accordance with 28 U.S.C. § 636(b)(1), I am of the opinion that the Findings and Recommendation of the Magistrate Judge are correct and they are hereby accepted as the Findings of the Court. Petitioner is ordered to pay the statutory filing fee by **January 6, 2006.** If he fails to do so, this case will be dismissed without further notice.

SO ORDERED this 2nd day of January, 2006.

UNITED STATES DISTRICT JUDGE